Form 270

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−82327

IN THE MATTER OF:
Angela Zwicker     xxx−xx−4752
aka Angela N. Zwicker
635 Linfield Drive
Durham, NC 27701

    Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 12/31/09 , and Pursuant to Bankruptcy Rule 1007, the following document(s) named below must be filed within **fourteen (14) days** from the date the petition was filed.

**Missing Documents(s):**
_____
Notice of Crd & Pro Pln due 01/14/2010

**Date: 12/31/09**                                                                                               **OFFICE OF THE CLERK/ gpl**